```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

  IN RE:                                        CASE NO. 05 B 25675
     RICHARD L PAVEZA
     NANCY S PAVEZA                             CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
     SSN XXX-XX-1908     SSN XXX-XX-7747

  ----------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
  ----------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
  Final Report and Account of the administration of the estate pursuant to
  11 USC 1302(b)(1).

      1.  The case was filed on 06/29/05 and confirmed on 08/19/05.

      2.  The plan is paid in full.

      3.  The Debtor paid a total of $  47592.00 .

      4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK NA | CURRENT MORTG | .00 | .00 | .00 |
| IRWIN HOME EQUITY | SECURED | .00 | .00 | .00 |
| US BANK | SECURED VEHIC | 15000.00 | 857.60 | 15000.00 |
| SUMMER BAY RESORT | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 1549.34 | .00 | 583.53 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4015.38 | .00 | 1512.32 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1458.44 | .00 | 549.30 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 5294.60 | .00 | 1994.12 |
| CAPITAL ONE BANK | UNSECURED | 9535.46 | .00 | 3591.37 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 25583.67 | .00 | 9635.65 |
| DISCOVER | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER | UNSECURED | NOT FILED | .00 | .00 |
| MARK SHALE | UNSECURED | NOT FILED | .00 | .00 |
| NORDSTROM FSB | UNSECURED | 6451.89 | .00 | 2429.99 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 16803.20 | .00 | 6328.64 |
| VON MAUR | UNSECURED | 1884.13 | .00 | 709.63 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 873.83 | .00 | 329.11 |
| WELLS FARCO FINANCIAL IN | UNSECURED | 941.89 | .00 | 354.75 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| US BANK | UNSECURED | 1721.59 | .00 | 648.41 |
| WORLD FINANCIAL NETWORK | UNSECURED | 343.72 | .00 | 129.46 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 15000.00 | .00 | 76457.14 | .00 | 91457.14 |

```
PRINCIPAL PAID        15000.00           .00      28796.28           .00     43796.28
INTEREST PAID           857.60           .00           .00           .00       857.60
TOTAL PAID            15857.60           .00      28796.28           .00     44653.88
```

The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $   2200.00 and was paid $   1306.00  direct and $    894.00  through the plan.

The Trustee received $   2044.12 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
   Dated: 10/08/08                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```